Peter R. Dion-Kindem (SBN 95267)
Dion-Kindem & Crockett
21271 Burbank Blvd., Suite 100
Woodland Hills, California 91367
Telephone. (818) 883-4400
Fax: (818) 676-0246

2007 SEP 12 PM 2:22

CLERK U S DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES

BY ____



FILED
CLERK U S DISTRICT COURT

SEP 14 2007

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Barry Rosen | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV 07-03475 ER (FFMx) |
| v. | |
| Vendio Services, Inc., et al. | NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |
| Defendant(s). | |

PLEASE TAKE NOTICE: *(Check one)*

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☒ **ONLY** Defendant(s) Domains by Proxy, Inc. _____

Priority ____
Send ✓
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

is/are dismissed from *(check one)* ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiff Barry Rosen, without prejudice, each party to bear own fees and costs.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

9/11/07
*Date*

*Signature of Attorney/Party*

DOCKETED ON CM
SEP 14 2007
BY ____ 131

*NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-9 (07/01)   NOTICE OF DISMISSAL PURSUANT TO F.R Civ P  41(a) or (c)

53

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 21271 Burbank Blvd., Suite 100 Woodland Hills, CA 91367.

    On September 11, 2007 I served the following document(s) described as

**Notice of Dismissal Pursuant Rule 41(a) or © F.R.Civ.P.**

on interested parties in this action an original or true copy thereof enclosed in a sealed envelope addressed as follows:

*See Attachment*

<u>STATE</u>

☐   (By FAX) I transmitted, via facsimile, said documents to the telecopier numbers listed herein.

☑   (By Mail) I deposited such envelope with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at Los Angeles, California.

☐   (By Mail) I am readily familiar with my firm's or other business' practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service that same day. I placed true copies of the above entitled document in envelopes addressed as shown above and sealed and placed them for collection and mailing on the date stated below, following ordinary business practices.

☐   (BY PERSONAL SERVICE)     ☐   By Personally delivering copies to the person served.
                                             ☐   I delivered such envelope by hand to the offices of the addressee pursuant to CCP§1011.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on September 11, 2007 at Woodland Hills, California.

                                                                           */s/ Evelyn Ocana*
                                                                           Evelyn Ocana

Case 2:07-cv-03475-R-FFM   Document 53   Filed 09/14/07   Page 3 of 3   Page ID #:20

1-28 (line number column)

***Attachment to Proof of Service***

| | |
|---|---|
| Alan Korn<br>Law Office of Allan Korn<br>1840 Woolsey Street<br>Berkeley, CA 94703 | *Attorney for Defendant iOffer, Inc*<br>*Tel:510-548-7300*<br>*Fax:510-540-4821* |
| Larry McFarland<br>Keats, McFarland & Wilson, LLP<br>9720 Wilshire Blvd.<br>Penthouse Suite<br>Beverly Hills, CA 90212 | *Attorney for Defendant Marketworks, Inc*<br>*Tel. 310-248-3830*<br>*Fax:310-860-0363* |
| Andriy Bondarenko aka Andrey Bondarenko,<br>Leonid Ryzhenko, Mykhaylo Perebiynis and<br>Larry Vunik<br>Dream Prints, Inc.<br>723 South Casino Blvd 2nd Floor<br>Las Vegas, NV 89101 | |
| David Kramer<br>Bart E. Volkmer<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA | *Attorneys for Defendnats and*<br>*Counterclaimant GODADDY.COM, Inc*<br>*Tel:650-493-9300*<br>*Fax.650-565-5100* |

PETER R DION- KINDEM, P C

**Proof of Service**
1